**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#129/136**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8525 PSG (PJWx) | Date | May 19, 2010 |
|---|---|---|---|
| Title | Colton Crane Company, LLC v. Terex Cranes Wilmington, Inc. *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present     Not Present

**Proceedings:** **(In Chambers) Order DENYING Motions in Limine Nos. 11 and 12**

      Before the Court are Defendants' motions *in limine* nos. 11 and 12. The Court finds these matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of these motions, the Court DENIES the motions.

      The Court's July 14, 2009 Order for Jury Trial provides that "[a]ll motions *in limine* must be filed and served a minimum of forty-five (45) days prior to the scheduled trial date." *See Order for Jury Trial* (Dkt # 36) 5:11-16. The trial date for this case is May 25, 2010. Defendants' motions *in limine* nos. 11 and 12 were filed on May 14, 2010 and May 17, 2010, respectively. Both motions are therefore denied as untimely.

      **IT IS SO ORDERED.**