**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#70-72**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8525 PSG (PJWx) | Date | May 19, 2010 |
|---|---|---|---|
| Title | Colton Crane Company, LLC v. Terex Cranes Wilmington, Inc. *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present     Not Present

**Proceedings:**    **(In Chambers) Order Re: Defendants' Motions in Limine Nos. 5, 6, and 7**

Before the Court are Defendants' motions *in limine* nos. 5, 6, and 7. The Court finds these matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of and in opposition to these motions, the Court GRANTS in part and DENIES in part motion *in limine* no. 5 and DENIES motions *in limine* nos. 6 and 7.

With regard to motion *in limine* no. 5, Plaintiff is precluded from introducing evidence or argument regarding Defendants' net worth and revenues.

Motion *in limine* no. 6 is denied.

Motion *in limine* no. 7 is denied without prejudice.

**IT IS SO ORDERED.**